UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., AL JAZEERA MEDIA NETWORK, ASIA TV USA LTD., B4U U.S., INC., GEO USA LLC, IMPRESS TELEFILM, INC., MBC FZ LLC, MSM ASIA LTD., SOUNDVIEW BROADCASTING LLC, SOUNDVIEW ATN LLC, STAR INDIA PRIVATE LTD., and VIACOM18 MEDIA PRIVATE LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>SHAVA IPTV NETWORK LLC, NADEEM BUTT, IMRAN BUTT, and NAEEM BUTT, individually and together d/b/a Shava TV, Cres IPTV, Iraa Enterprises, and Maple Electronics,<br><br>    Defendants. | Case No. 1:15-cv-00706-TSE-IDD |

## CONSENT ORDER FOR PERMANENT INJUNCTION AND PARTIAL DISMISSAL

Before the Court is the Agreed Motion for Permanent Injunction and Partial Dismissal filed by Plaintiffs DISH Network L.L.C., Al Jazeera Media Network, Asia TV USA Ltd., B4U U.S., Inc., GEO USA LLC, Impress Telefilm, Inc., MBC FZ LLC, MSM Asia Ltd., Soundview Broadcasting LLC, Soundview ATN LLC, Star India Private Ltd., and Viacom18 Media Private Limited (collectively, "Plaintiffs"), and Defendants Shava IPTV Network LLC and Nadeem Butt (together, "Virginia Defendants"). The Agreed Motion is **GRANTED** and the Court **ORDERS** as follows:

1. For purposes of this order, "Protected Channels" means Al Jazeera Arabic News, Al Jazeera Mubasher, Al Jazeera Mubasher Misr, Al Jazeera English, Zee TV, Zee Cinema, B4U

1

Music, B4U Movies, Geo TV, Geo News, Channel-i, MBC1, MBC Drama, MBC Kids / MBC3, MBC Masr, Sony SET, SET Max, SAB, ATN Bangla, Banglavision, NTV Bangla, Star India Plus, Life OK, Colors, Aapka Colors, MTV Hindi / MTV India, Rishtey, Aaj Tak, Aastha Bhajan, Al Hayah 1, ARY Digital, ARY News, Dream 2, Dunya TV, ESC, Express News, Future TV, Headlines Today, Iqraa, Jaya TV, LBC, MH1, Murr TV / MTV Lebanon, NBN, New TV / Al Jadeed, Nile Drama, Noursat, ONTV, and OTV. "Protected Marks" means the channel logos and marks corresponding with the Protected Channels.

2. Defendants Shava IPTV Network LLC, Nadeem Butt, and any persons or entities acting in active concert or participation with any of the foregoing that receives actual notice of this order, are permanently enjoined from:

    a.    reproducing, copying, transmitting, streaming, distributing, or publicly performing in the United States, by means of any device or process, any of the Protected Channels or any of the programming that comprises or appears on the Protected Channels;

    b.    distributing, providing, or promoting any product or service that comprises the whole or part of a network or service for reproducing, copying, transmitting, streaming, distributing, or publicly performing any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

    c.    using any of the Protected Marks or variations thereof, or advertising, displaying, or marketing any product or service in connection with the Protected Channels or the programming that comprises or appears on any of the Protected Channels;

    d.    otherwise infringing Plaintiffs' rights in any of the Protected Channels or any of the Protected Marks, either directly, contributorily, vicariously, or in any other manner.

3. Defendants Shava IPTV Network LLC and Nadeem Butt shall immediately turnover to Plaintiffs all "ShavaTV" and "Cres IPTV" branded streaming media players in their possession, custody or control.

4. This permanent injunction takes effect immediately.

5. Plaintiffs' claims against Defendants Shava IPTV Network LLC and Nadeem Butt are dismissed with prejudice.

6. As between Plaintiffs and Defendants Shava IPTV Network LLC and Nadeem Butt, the parties shall be responsible for their own attorney's fees and costs.

7. The Court retains jurisdiction over this action for a period of two (2) years for the purpose of enforcing this order.

Dated: 4/25/16

Hon. T.S. Ellis, III
United States District Judge

/s/
T. S. Ellis, III
United States District Judge

3