IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DISH NETWORK L.L.C, et al. )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>IMRAN BUTT, et al. )<br>    Defendants. )<br> ) | Case No. 1:15-cv-706 |

## JUDGMENT ORDER

Upon consideration of the September 15, 2016 Report and Recommendation and the January 6, 2017 Supplemental Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the September 15, 2016 Report and Recommendation and the January 6, 2017 Supplemental Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs MSM Asia Ltd., Viacom18 Media Private Limited, and Star India Private Ltd., and against defendants, Imran Butt and Naeem Butt, for statutory copyright damages under 17 U.S.C. § 504(c)(1)–(2) in the amount of (1) $23,850,000 for plaintiff MSM Asia Ltd., consisting of $150,000 for each of its 159 registered works; (2) $1,350,000 for plaintiff Viacom18 Media Private Limited, consisting of $150,000 for each of its nine registered works; and (3) $450,000 for plaintiff Star India Private Ltd., consisting of $150,000 for each of its three registered works.

It is further **ORDERED** that defendants Imran Butt and Naeem Butt are **PERMANENTLY ENJOINED** from further infringing on plaintiffs Al Jazeera Media Network, Asia TV USA Ltd., B4U U.S., Inc., GEO USA LLC, Impress Telefilm, Inc., MBC FZ LLC, MSM Asia Ltd., Soundview Broadcasting LLC, Soundview ATN LLC, Star India Private Ltd., Viacom18 Media Private Limited, and DISH Network L.L.C.'s exclusive rights in their copyrights and trademarks.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to the Magistrate Judge, all counsel of record, and defendants at the following addresses:

Imran Butt
52 West Park Avenue
Bradford, Ontario, L3Z 0A4
Canada

Naeem Butt
16 Peridot Road
Brampton, Ontario, L6P 0Z5
Canada

Naeem Butt
2600 Finch Avenue West, #515
North York, Ontario, M9M 2G4
Canada

Alexandria, Virginia
January 24, 2017

T. S. Ellis, III
United States District Judge