# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

To:
United States District Court for the
Eastern District of Virginia, Alexandria Division
401 Courthouse Square
Alexandria, VA 22314, USA



Beijing, January 15, 2018
Your Ref. No.: 1:15-cv-00706-TSE-IDD
Our Ref. No.: 2018-SXH-4

### RE: Return the Requests for Evidence Taking in China

The Ministry of Justice of the People's Republic China presents its compliments to the United States District Court for the Eastern District of Virginia.

Concerning your request on taking evidence from iPmacro Communications System Co., Ltd. ("iPmacro"), the Chinese competent authority reviewed the papers and replied as follows:

Please provide supplementary statements in detail, on the status of "iPmacro" in the litigation, the purpose of taking evidence, the connection between the evidence to be taken and the whole case, and how the evidence would serve the judicial proceedings.

Therefore, we're afraid we have to send back all the documents to you.

The Ministry of Justice of the People's Republic of China avails itself of the opportunity to express to the United States District Court for the Eastern District of Virginia its highest consideration.

International Legal Cooperation Center
Ministry of Justice of the People's Republic of China



Contact: WANG Ning (Ms.)
Tel: 86 10 6515 3113   Fax: 86 10 6515 3144   Email: wangning@moj.gov.cn