IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DISH NETWORK, LLC, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHAVA IPTV NETWORK LLC, et al., ) <br> Defendants. ) | Civil Action No. 1:15cv706 |

## ORDER

On February 2, 2018, United States Magistrate Judge Ivan D. Davis entered a Report and Recommendation ("Report"), recommending that plaintiff Dish Network, LLC's motion for contempt be granted. Specifically, Judge Davis recommends that certain third-party service providers and dealers be enjoined from engaging in infringing activities and that two domain names used to conduct infringing activities be transferred to plaintiff.

Upon consideration of the Report, to which no objections have been filed, and the record, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 136).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for contempt (Doc. 130) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

It is further **ORDERED** that the third-party service providers and the affiliated IP addresses identified in paragraph 7 of the declaration of Pascal Metral (Doc. 130-2) are **ENJOINED** from providing services to the defendants that support their infringing activity.

It is further **ORDERED** that the registries and registrars for the domain names shavatv.com and asiaasia.nl, which include VeriSign, SIDN, and United-Domains, shall transfer the domain names to plaintiff DISH Network, LLC.

It is further **ORDERED** that the third-party dealers identified in Exhibit 3 of the declaration of Timothy Frank (Doc. 130-1) are **ENJOINED** from distributing, selling and promoting Shava TV set-up boxes and services.

The Clerk is directed to provide a copy of this Order to all counsel of record and to defendants at their last known addresses.

Plaintiff may serve the third-party service providers and dealers and the registries and registrars identified by this Order with copies of this Order at its own convenience.

Alexandria, VA
February 22, 2018

/s/
_____
T. S. Ellis, III
United States District Judge