UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| DISH NETWORK L.L.C., AL JAZEERA MEDIA NETWORK, ASIA TV USA LTD., B4U U.S., INC., GEO USA LLC, IMPRESS TELEFILM, INC., MBC FZ LLC, MSM ASIA LTD., SOUNDVIEW BROADCASTING LLC, SOUNDVIEW ATN LLC, STAR INDIA PRIVATE LTD., and VIACOM18 MEDIA PRIVATE LIMITED, | ) ) ) ) ) ) ) ) ) |
|         Plaintiffs, | ) ) |
| v. | )   Civil Action No. 1:15-cv-00706 (TSE/IDD) ) |
| SHAVA IPTV NETWORK LLC, NADEEM BUTT, IMRAN BUTT, and NAEEM BUTT, individually and together d/b/a Shava TV Cres IPTV, Iraa Enterprises, and Maple Electronics, | ) ) ) ) ) ) |
|         Defendants. | ) ) ) |

## AMENDED ORDER

This MATTER is before the Court on Plaintiff Dish Network L.L.C.'s ("Dish") Motion to Amend Contempt Order [Dkt. No. 139]. Specifically, Dish seeks to amend the Court's February 22, 2018 Order [Dkt. No. 138] to add other domain names and instructions for the registries and registrars. All portions of this Court's February 22, 2018 Order [Dkt. No. 138] remain in full force and effect. It is hereby

**ORDERED** that VeriSign, Inc., OnlineNIC, Inc., and any relevant registries and registrars holding or listing the domain names Shavatv.com, Shava-tv.com, Shavagold.com, Shavagoldtv.com, Shavamx.com, S-mxtv.com, Tvshava.com, and any other domain names now or hereafter used by Defendants to distribute, sell, or promote Shava TV set-top boxes or services, upon receiving actual notice of this Order, shall (i) temporarily disable the domain names through a

registry hold or otherwise, and make them inactive and non-transferable; and (ii) transfer these domain names to Dish, including changing the registrar of record to the registrar selected by Dish at Dish's reasonable expense and re-enabling the domains so that Dish may fully control and use the domain names.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 6ᵗʰ day of June 2018.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia