UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MSM Asia Ltd.,

        Judgment Creditor,

v.

IMRAN BUTT and NAEEM BUTT

        Judgment Debtors,

_____

Case No. 1:15-cv-00706-TSE-ID

## GARNISHEE PAYPAL, INC.'S ANSWER TO GARNISHMENT SUMMONS

Garnishee, PayPal, Inc. ("PayPal"), hereby answers the two garnishment summons, one as to Judgment Debtor Imran Butt and one as to Judgment Debtor Naeem Butt (collectively "Judgment Debtors", as follows:

1. PayPal was served with both garnishment summons on June 4, 2018 (the "Service Date").

2. Using the information provided in each garnishment summons, and after a reasonable search, PayPal states that it is not indebted to the Judgment Debtors.

3. Accordingly, PayPal is not and has not been indebted to the Judgment Debtors identified in the Summons at any time between the Service Date and the date of the filing of this Answer.

Dated: June 29, 2018

Respectfully submitted,

/s/Kevin D'Olivo
Kevin D'Olivo (VSB No. 90655)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
(703) 720-8027
Fax: (703) 720-8610
Kevin.dolivo@hklaw.com

*Counsel for PayPal, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via the Court's ECF notification system on the following counsel of record on June 29, 2018.

Bradshaw Rost
Tenenbaum & Saas PC
4504 Walsh St
Suite 200
Chevy Chase, MD 20815
(301) 961-5300
Email: BRost@tspclaw.com

*Counsel for Judgment Creditor MSM Asia Ltd.*

I further certify that the foregoing was served via the first-class mail on the following *pro se* parties.

Imran Butt
52 West Park Avenue
Bradford, Ontario, L3Z 0A4
Canada

Naeem Butt
16 Peridot Road
Brampton, Ontario, L6P 0Z5
Canada

/s/Kevin D'Olivo
Kevin D'Olivo (VSB No. 90655)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
(703) 720-8027
Fax: (703) 720-8610
Kevin.dolivo@hklaw.com

*Counsel for PayPal, Inc.*