UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., AL JAZEERA MEDIA NETWORK, ASIA TV USA LTD., B4U U.S., INC., GEO USA LLC, IMPRESS TELEFILM, INC., MBC FZ LLC, MSM ASIA LTD., SOUNDVIEW BROADCASTING LLC, SOUNDVIEW ATN LLC, STAR INDIA PRIVATE LTD., and VIACOM18 MEDIA PRIVATE LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>SHAVA IPTV NETWORK LLC, NADEEM BUTT, IMRAN BUTT, and NAEEM BUTT, individually and together d/b/a Shava TV, Cres IPTV, Iraa Enterprises, and Maple Electronics,<br><br>        Defendants. | Case No. 1:15-cv-00706-TSE-IDD<br><br>FILED<br>JUN 28 2018<br>CLERK, U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I served three (3) copies of the following documents described as:

- Garnishment Summons Issued as to Imran Butt;

- Suggestion for Garnishment Issued as to Imran Butt; and

- Request for Hearing – Garnishment Exemption Claim.

by placing the documents in a sealed envelope with postage thereon fully prepaid and then deposited the envelope with the United States Postal Service, addressed to the non-CM/ECF participant at his last known address:

Imran Butt
52 West Park Avenue,
Bradford, Ontario L3Z 0A4
Canada

*Defendant*

_____
Aleksandra Bajd

Respectfully submitted,

_____
Bradshaw Rost, Esq., VSB Bar #27134
**Tenenbaum & Saas, P.C.**
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
(301) 961-5300 – Tel
(301) 961-5395 – Fax
brost@tspclaw.com